```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 2:12-MJ-108 KJN |
| v. | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| MOHAMMAD ADNAN KHAN, et al., | |
| Defendants. | |

On April 30, 2012, the complaint was filed in the above-referenced case.  Since one of the defendants has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint and this file be unsealed.

DATED: May 1, 2012                     Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       By:/s/ Jared C. Dolan
                                          JARED C. DOLAN
                                          Assistant U.S. Attorney

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )
                                )
12         Plaintiff,           )  NO. 2:12-MJ-108 KJN
                                )
13    v.                        )  ORDER
                                )  FOR UNSEALING COMPLAINT
14 MOHAMMAD ADNAN KHAN,         )
                                )
15         Defendants.          )
   _____)
16
17     The government's request to unseal the Complaint and this case
18 is GRANTED.
19 SO ORDERED:
20 DATED: May 1, 2012
21
22
23                             _____
                               KENDALL J. NEWMAN
24                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28
```